FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

1.15.2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                           CASE NO. 3:24-cr-248-MMH-MCR

ROBERT WILLIAM CARROLL

### UNITED STATES' NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS, AND FACTUAL BASIS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, stating as follows:

A.   MAXIMUM PENALTIES

The maximum penalties for the offense charged in Count One of the Information, possession of forged or counterfeit post office keys, in violation of 18 U.S.C. § 1704 is a term of imprisonment of not more than ten years, a fine of not more than $250,000, or both a term of imprisonment and a fine, a term of supervised release of not more than three years, and a special assessment of $100, said special assessment to be due on the date of sentencing. A violation of the terms and conditions of supervised release is punishable by a maximum sentence of not more than two years of additional imprisonment as well as the possibility of an additional term of supervised release.

B.   ELEMENTS OF THE OFFENSE

The elements of Count One of the Information, a violation of 18 U.S.C. § 1704, possession of forged or counterfeit post office keys, are as follows:

<u>First</u>:   The Defendant knowingly possessed forged or counterfeit Post Office Keys; and

<u>Second</u>:   The Defendant intended to use the keys unlawfully and improperly.

C.   PERSONALIZATION OF ELEMENTS

1.   On or about August 21, 2021, in the Middle District of Florida, did you knowingly possess forged or counterfeit post office keys?

2.   Do you admit that you intended to use the keys unlawfully and improperly?

D.   FACTUAL BASIS

On August 25, 2021, United States Postal Inspectors were contacted by Jacksonville Sheriffs Office regarding an incident in which Robert CARROLL and his roommate Terry Leu were being evicted from the Crescent Ridge Apartments in Jacksonville. In the residence where CARROLL and Leu were residing there was a total of twenty-one counterfeit Arrow Keys found along with two United States Post Service locks. The keys and tools to make these keys were discovered in different rooms of the apartment. The U.S. Postal Service uses specialized keys called Arrow Keys for the sole purpose of collecting and accessing mail from various Postal Service controlled mail receptables. The Arrow Keys are specifically designed to only fit locks that are designed and distributed by the Postal Service. They are

2

designed so that they are only able to open mail receptables in designated zip codes. The locks that were discovered in the apartment had the number "248" imprinted on them. This series number indicates that this lock is only used in Duval County in the State of Florida. These locks would only be accessible to the Post Office Keys designated for the zip code beginning with the numbers 322. CARROLL was interviewed by Postal Inspectors where he admitted that he possessed the counterfeit postal keys with the intent to use them for stealing United States mail. CARROLL admitted that he and his roommate learned how to forge the keys by watching videos on the Internet. CARROLL admitted that both he and his roommate attempted to use one of the counterfeit keys in a locked mailbox in an apartment complex in Jacksonville, however once the key was placed in the lock it broke.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 25790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: john.cannizzaro@usdoj.gov

3