UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO. 3:24-cr-248-MMH-MCR

ROBERT WILLIAM CARROLL

## **ORDER**

This cause came on to be heard on January 15, 2025, for the scheduled initial appearance, bond, and guilty plea hearing at which counsel for the defendant announced the defendant's desire to waive indictment. Defendant was advised of the charges and maximum penalties therefor and of his rights concerning waiver of indictment. The defendant executed a Waiver of Indictment in open Court. The Court finds the defendant knowingly, intentionally, and voluntarily waived his right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

**DONE** and **ORDERED** in Jacksonville, Florida on this 15th day of January, 2025.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record